

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-16-00271-CV |
| IN THE MATTER OF THE ESTATE OF | § | |
| | | Appeal from |
| JORGE ROBERTO ROJERO, | § | |
| | | Probate Court No. 1 |
| DECEASED. | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC # 2014-CPR03416) |
| | § | |

## <u>MEMORANDUM OPINION</u>

This case is before us on a joint motion from Appellant/Cross-Appellee, Gerardo Rojero, Appellee/Cross-Appellant, Martha Rocio Sernas, and Cross-Appellants April Ivonne Lara, Alexander Lara, and Lucia Guadalupe Sernas, asking that we dismiss the appeal and the cross-appeal. We grant the motion and dismiss both the appeal and cross-appeal. Pursuant to the agreement of the parties, costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

October 11, 2017

                         ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.